STATE OF MAINE
CUMBERLAND, SS.

UNIFED CRIMINAL DOCKET
DOCKET NO. CUMCD-CR-CR-2016-3666

SAQUAN COGGINS,                    )
                                   )
        Petitioner,                )
                                   )
                                   )    **MOTION TO WITHDRAW PETITION**
V.                                 )    **M.R.CRIM.P. 70(d)**
                                   )
STATE,                             )
                                   )
        Respondent                 )

NOW COMES the petitioner, Saquan Coggins, by and through counsel, moves

this Court for permission to withdraw petition for post-conviction review with prejudice

and for such other and further relief as may be just and proper in the premises. (See,

attached letter).

Dated at Bath, Maine this day of February, 2017.

By:s/David Paris, Esq. (#6781)
Attorney for Petitioner
72 Front Street
Bath, Maine 04530-2657

MOTION: GRANTED / ~~DENIED~~

JUSTICE, MAINE SUPERIOR COURT

CERTIFICATE OF SERVICE

I, David Paris, Esq., depose and say that I am Attorney for Petitioner, and made service
of the foregoing on the above date by mailing a copy thereof to Jonathan Sahrbeck,
ADA, Office of the District Attorney, 142 Federal Street, Portland, Maine 04101.

STATE OF MAINE
Cumberland. SS. Clerk's Office

FEB 27 2017

RECEIVED

Saquan Coggins
~~So County Way~~
~~Portland, ME 04108~~

David Paris
~~____ ____ Street~~
~~____ ME 04530~~

February 20, 2017

Dear David Paris,

I am writing to request that the post conviction review be dropped and dismissed. I no longer wish to continue the post conviction review as I am satisfied with my original sentence. I no longer wish to waste anymore of the courts time with this issue. If there's anything more that I need to do to rescind this petition please let me know. Please forward this letter to all of the parties involved. Thank you in advance for your time and cooperation pertaining to this.

Sincerely,

Saquan C____